UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on September 23, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

IN RE:

   FREDDY RAFAEL GOMEZ MEJIA, JR.

Case No.:  15-34061 JKS

Hearing Date:  9/22/2016

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 23, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): FREDDY RAFAEL GOMEZ MEJIA, JR.

Case No.: 15-34061

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/22/2016 on notice to JAMES C. ZIMMERMANN, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.